**STATE of Missouri, Respondent,**

v.

**Steven TONEY, Appellant.**

**No. ED 97837.**

Missouri Court of Appeals, Eastern District, Division One.

June 19, 2012.

Application for Transfer to Supreme Court Denied July 25, 2012.

Application for Transfer Denied Oct. 30, 2012.

Chris Koster, J. Andrew Hirth, Jefferson City, MO, for Respondent.

Michael R. Gibbons, Nicholas G. Frey, Erin E. Guffey, St. Louis, MO, for Appellant.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## *ORDER*

PER CURIAM.

Steven Toney ("Appellant") appeals from the circuit court's judgment denying his Motion to Enforce Order, requesting additional restitution from the State of Missouri ("State") pursuant to Section 650.058 RSMo 2000 for time Appellant spent incarcerated after his parole was revoked. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).